No. 406. RED BALL MOTOR FREIGHT, INC., ET AL. *v.* SHANNON ET AL., DOING BUSINESS AS E. & R. SHANNON; and

No. 421. UNITED STATES ET AL. *v.* SHANNON ET AL., DOING BUSINESS AS E. & R. SHANNON. Appeals from the United States District Court for the Western District of Texas. The motion of Transportation Association of America for leave to file a brief, as *amicus curiae,* is granted. The motion of the Common Carrier Conference—Irregular Route of the American Trucking Associations, Inc., for leave to file a brief, as *amicus curiae,* in No. 421 is granted. Probable jurisdiction noted. *Phillip Robinson, Amos M. Mathews, Roland Rice* and *John C. Bradley* for appellants in No. 406. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Elliott H. Moyer, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al. Appellees *pro se. Robert E. Redding* for Transportation Association of America, as *amicus curiae,* in support of both appeals. *James E. Wilson* for the Common Carrier Conference—Irregular Route of the American Trucking Associations, Inc., as *amicus curiae,* in support of the appeal in No. 421. Reported below: 219 F. Supp. 781.

No. 384. PUBLISHERS' ASSOCIATION OF NEW YORK CITY *v.* NEW YORK MAILERS' UNION NUMBER SIX. C. A. 2d Cir. Certiorari granted. *Andrew L. Hughes* for petitioner. *Gerhard P. Van Arkel* and *George Kaufmann* for respondent.

No. 402. J. I. CASE CO. ET AL. *v.* BORAK. C. A. 7th Cir. Certiorari granted. *Clark M. Robertson, Malcolm K. Whyte* and *Robert P. Harland* for petitioners. *Alex Elson, Arnold I. Shure* and *Bruno V. Bitker* for respondent.